**Maureen M. AVERY, Beulah Johnson, Linda Krinsky, Mona J. Lemaire and Stacy M. Riccio, Plaintiffs–Appellants,**

v.

**CITY OF WEST HAVEN, James V. Amendola, Jr., Richard Borer, Ralph Delucca, Michael Farrell and John Madigan, Sr., Defendants–Appellees.**

**Docket No. 01–7268.**

United States Court of Appeals, Second Circuit.

April 30, 2002.

Norm Pattis, New Haven, CT, for Appellants.

Michael J. Walsh, Hartford, CT, for Appellee Michael Farrell.

Mark J. Sommaruga, Hartford, CT, for Appellees City of West Haven James V. Amendola, Jr., Richard Borer, Ralph Delucca and John Madigan, Sr.

Present Hon. JAMES L. OAKES, Hon. DENNIS JACOBS and Hon. GUIDO CALABRESI, Circuit Judges.

*SUMMARY ORDER*

UPON DUE CONSIDERATION, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the judgment of the district court be AFFIRMED.

Appellants challenge the district court's grant of summary judgment, dismissing their 42 U.S.C. § 1983 retaliation claim. On the facts that must be deemed uncontroverted, given the failure of the appellants to file a statement of disputed material facts as required by Local Rule 9(c)(2) in response to appellees' 9(c)(1) Statement of Undisputed Material Facts, no First Amendment retaliation claim can be made out.